909

EDWIN C. ST. GERMAIN *v.* CAMILLA D. ROSS ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court (AC 28608) is denied.

ROGERS, C. J., did not participate in the consideration or decision of this petition.

*Edwin C. St. Germain*, pro se, in support of the petition.

*John Wirzbicki*, in opposition.

Decided September 5, 2007

JOSEPH VINAGRO *v.* DARLENE CHAPDELAINE

The defendant's petition for certification for appeal from the Appellate Court (AC 28616) is denied.

*Darlene Chapdelaine*, pro se, in support of the petition.

*Lloyd L. Anderson*, in opposition.

Decided September 5, 2007

BANK OF NEW YORK, TRUSTEE *v.* JOHN E. CONWAY ET AL.

The defendants' petition for certification for appeal from the Appellate Court (AC 28737) is denied.

*John E. Conway*, pro se, in support of the petition.

*Adam J. Cohen*, in opposition.

Decided September 5, 2007